# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| LEON THORNTON | ) Case No: 92-00086-CB |
| | ) USM No: |
| Date of Original Judgment: 10/30/1992 | ) |
| Date of Previous Amended Judgment: 06/24/2008 | ) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 292 months* months **is reduced to** TIME SERVED.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**
*Actual sentence was 292 months as to Counts 1 and 3, and 240 months as to Counts 2, 4 and 5, all concurrent

Except as otherwise provided, all provisions of the judgment dated 06/24/2008 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/01/2011              s/Charles R. Butler, Jr.
                                     *Judge's signature*

Effective Date: 12/11/2011           Charles R. Butler, Jr., Senior United States District Judge
*(if different from order date)*     *Printed name and title*